UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:00-cr-85 |
| | ) | Judge Curtis Collier |
| DARLENE LANE-DETMAN | ) | |

**O R D E R**

      Before the Court is a "Motion to Reconsider and Request for Alternative Sentence" (Court File No. 46). Defendant Darlene Lane-Detman ("Defendant") requests the Court to reconsider its prior decision to revoke Defendant's supervised release and sentence her to a prison term of six months. Specifically, Defendant moves the Court to sentence her to a term of incarceration at the Salvation Army half-way house. Defendant offers the following in support of her motion: (a) some of the alleged violations against Defendant were not proven by the Government; (b) Defendant's violations were classified as class "C" misdemeanors; (c) Defendant's health care needs would best be served by allowing her to be treated by her local physicians; and (d) Defendant's step-father, Rody Davenport, III, suffers from reoccurring cancer and if his health deteriorates, Defendant would be unavailable to support her mother.

      In making its decision to sentence Defendant, the Court took into consideration all of the above factors except for the health of Defendant's step-father. The Court carefully weighed these factors against the needs of society. The balance the Court struck was the appropriate balance. After considering the new information regarding the health of Defendant's step-father, the Court does not believe a change in the Court's prior decision is warranted. Unfortunately, it is not

1

uncommon for defendants that come before the Court to have family members who are in poor health. It would be inimical to society's interest if the fortuitous circumstances of a relative's ill health dictated the sentence in criminal cases. This would result in unwarranted sentencing disparities that would breed contempt for the law. Accordingly, Defendant's motion to reconsider and request for an alternative sentence (Court File No. 46) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**