UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:00-cr-85 |
| | ) | Judge Curtis Collier |
| DARLENE LANE-DETMAN | ) | |

**O R D E R**

Before the Court is a "Motion to Continue Report Date" (Court File No. 49). On March 24, 2006 the Court entered a revocation judgment requiring Defendant Darlene Lane-Detman ("Defendant") to surrender to the United States Marshal for this district on April 10, 2006 (Court File No. 47). Defendant requests the Court to continue this report date because the United States Marshal's Office has not received her medical designation. The Court believes Defendant's request is meritorious and therefore will **GRANT** Defendant's motion for a continuance. The Court hereby **ORDERS** Defendant to **SURRENDER** to the United States Marshal for this district on **MAY 10, 2006**, **UNLESS** she receives notification the medical designation has been received by the United States Marshal's Office before May 10, 2006. If such notice is received before May 10, 2006 Defendant **SHALL SELF-REPORT** to the designated facility within **THREE DAYS** of being so notified.

**SO ORDERED.**

**ENTER:**

**/s/**

1

**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**